# United States District Court
# For The Western District of North Carolina
# Statesville Division

RODNEY MOUCELL JONES,

    Plaintiff(s),

vs.

JOHN OZMINT,

    Defendant(s).

JUDGMENT IN A CIVIL CASE

5:07CV2-3-MU

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's January 8, 2007, Order.

Signed: January 8, 2007

Frank G. Johns, Clerk
United States District Court